No. 61446.—Bernstein & Skolnick, Inc., et al. v. United States, protests 255355–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.